IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR363 |
| ) | |
| JOHN A. GELNETTE, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    Before the Court is defendant's Motion for Reconsideration of Release from Detention [37].  Pretrial Services is ordered in investigate the proposed release plan and provide the Court with a report on or before **March 6, 2006.**

    DATED this 27th day of February, 2006.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge